[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-11584

Non-Argument Calendar

_____

JOSHUA NZATIKI,

Petitioner,

*versus*

U.S. ATTORNEY GENERAL,

Respondent.

_____

Petition for Review of a Decision of the
Board of Immigration Appeals
Agency No. A244-058-325

_____

Before JILL PRYOR, BRASHER, and TJOFLAT, Circuit Judges.

PER CURIAM:

Joshua Nzatiki petitions for review of the Board of Immigration Appeals's (BIA) decision affirming the Immigration Judge's (IJ) denial of his application for asylum, withholding of removal, and protection under the Convention Against Torture.

Nzatiki is a native of the Democratic Republic of the Congo, a citizen of the Netherlands, and a resident of Belgium. After entering the United States under the Visa Waiver Program, he was found inadmissible for lacking valid entry documents and referred for asylum-only proceedings. He claimed fear of persecution and torture by Rwandan agents based on his advocacy for the Banyamulenge people.

The IJ found Nzatiki and his wife credible but concluded he failed to show past persecution or a well-founded fear of future persecution in the Netherlands or Belgium. The IJ also determined that he could reasonably relocate within those countries and had not shown a likelihood of torture with government acquiescence. The BIA adopted and affirmed the IJ's decision, noting that Nzatiki had not meaningfully challenged the IJ's conclusions on future harm or relocation.

Before this Court, Nzatiki's opening brief fails to cite the record or legal authority and offers no developed argument challenging the BIA's decision. His conclusory assertions are insufficient to preserve any claim for review. *See Singh v. U.S. Att'y Gen.*, 561 F.3d 1275, 1278–79 (11th Cir. 2009) (per curiam); *Sapuppo v. Allstate*

24-11584                 Opinion of the Court                          3

*Floridian Ins. Co.*, 739 F.3d 678, 681–83 (11th Cir. 2014). Arguments raised for the first time in his reply brief come too late and do not warrant consideration. *Sapuppo*, 739 F.3d at 683.

Because Nzatiki has abandoned all challenges to the denial of relief, the petition for review is denied.

**PETITION DENIED.**